FORM nttrcnn (Rev 05/13)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

---

In Re:  Mary E. Weatherspoon
   aka Mary Weatherspoon
   SSN/ITIN: xxx–xx–5891
   Debtor

Bankruptcy Case No.:  15–30122–KKS

Chapter:  13
Judge:  Karen K. Specie

---

### *NOTICE OF TRANSFER OF CLAIM*

Claim Number  1  was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on March 5, 2017.

*Name and Address of Alleged Transferor:*
PRP II Pals Investments Trust, c/o Statebridge Co., 5680 Greenwood Plaza, Suite 100S, Greenwood Village, CO 80111

*Name and Address of Transferee:*
U.S. Bank Trust National Association, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: March 6, 2017

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** Service by the Court pursuant to applicable Rules.